IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:13-CV-788-A |
| JAMES HAROLD BULLINGTON AND ALL OCCUPANTS | § § § § | |
| Defendants. | § | |

ORDER

Came on for consideration the above-captioned action wherein Federal National Mortgage Association a/k/a Fannie Mae is plaintiff and James Harold Bullington and all occupants are defendants. This is a forcible detainer action that was removed from County Court at Law No. 1, Tarrant County, Texas, to the United States District Court for the Northern District of Texas, Dallas, Division, by defendant James Harold Bullington ("Bullington"). The action was then transferred to this court, on September 24, 2013. On September 11, 2013, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until September 25, 2013, in which to file and serve any written objections thereto. Bullington, proceeding pro se, filed his

objections on September 26, 2013, and plaintiff made no further response. After a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal authorities, the court has concluded that Bullington's objections lack merit and that the recommendation of the magistrate judge should be accepted.[1]

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the above-captioned action be, and is hereby, remanded to the state court from which it was removed. The court further ORDERS that plaintiff's request for an award of attorneys' fees be denied.

SIGNED October 4, 2013.

_____
JOHN McBRYDE
United States District Judge

---

[1] Although the magistrate judge, who sits in the United States District Court for the Northern District of Texas, Dallas Division, issued his recommendation to the Honorable Sam A. Lindsay in the United States District Court for the Northern District of Texas, Dallas Division, the court is accepting the recommendation of the magistrate judge as if such recommendation had been made directly to the undersigned.

2